UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MOHAWK CUSTOMS AND SHIPPING CORP.,
d/b/a MOHAWK GLOBAL LOGISTICS,

                            Plaintiff,

v.

JODIE GREENE,

                            Defendant.
_____

**STIPULATION OF DISMISSAL**

Civil Action No.: 5:10-CV-1359
(GTS/GHL)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiff and Defendant in the above-entitled action, that whereas the Plaintiff and the Defendant are not infants or incompetent persons for whom a committee has been appointed and no person not a party hereto has an interest in the subject matter of the action, the above-entitled action be, and hereby is, discontinued with prejudice, without costs or fees to Plaintiff or Defendant as against each other. The terms of this Stipulation involve a separate Settlement Agreement which entails full settlement of any and all claims for good and mutual consideration exchanged among the parties, including releases. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: ~~February~~ March 11, 2011

                                        GREEN & SEIFTER, ATTORNEYS, PLLC

                                        By: _____
                                            John L. Valentino, Esq.
                                            Bar Roll Number: 501070
                                            Attorneys for Plaintiff
                                            110 West Fayette Street, Suite 900
                                            Syracuse, New York 13202

Dated: February 16, 2011

BOND, SCHOENECK & KING, PLLC

By: _____
John G. McGowan, Esq.
Bar Roll Number: 501388
Attorneys for Defendant
110 West Fayette Street
One Lincoln Center
Syracuse, New York 13202

SO ORDERED: _____
Honorable Glenn T. Suddaby
3/11/11

1512650_1